```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 02536
   MARTHA RAMOS
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
      Debtor
   SSN XXX-XX-9963


----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/05/08 .

   2.  The case was dismissed without confirmation, 06/27/2008.

   3.  The Debtor paid a total of $   2499.00 .

   4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
----------------------------------------------------------------------
WASHINGTON MUTUAL BANK   CURRENT MORTG         .00           .00            .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE   NOT FILED           .00            .00
OCWEN LOAN SVCG          SECURED               .00           .00            .00
OCWEN LOAN SVCG          MORTGAGE ARRE   NOT FILED           .00            .00
BRANDYWINE TOWNE HOUSES  SECURED         NOT FILED           .00            .00
FLAGG CREEK WATER RECLAM UNSECURED       NOT FILED           .00            .00
CAPITAL ONE              UNSECURED       NOT FILED           .00            .00
CHASE BANK USA           UNSECURED       NOT FILED           .00            .00
THE CHICAGO DEPT OF REVE UNSECURED       NOT FILED           .00            .00
COMCAST                  UNSECURED       NOT FILED           .00            .00
COMCAST                  UNSECURED       NOT FILED           .00            .00
COMED                    UNSECURED       NOT FILED           .00            .00
HSBC                     UNSECURED       NOT FILED           .00            .00
RADIOLOGISTS OF DUPAGE   UNSECURED       NOT FILED           .00            .00
T MOBILE                 UNSECURED       NOT FILED           .00            .00
CREDIT ONE BANK          UNSECURED       NOT FILED           .00            .00
FIRST PREMIER BANK       UNSECURED       NOT FILED           .00            .00
PEOPLES GAS              UNSECURED       NOT FILED           .00            .00
PELLETTIERI & ASSOC      UNSECURED       NOT FILED           .00            .00
MEDICAL BUSINESS BUREAU  UNSECURED       NOT FILED           .00            .00
----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
----------------------------------------------------------------------
CITY OF ELMHURST         UNSECURED       NOT FILED           .00            .00
MJ HECK & ASSOC          UNSECURED       NOT FILED           .00            .00
MUNICIPAL COLLECTION SER UNSECURED       NOT FILED           .00            .00
         Summary of disbursements:
----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
----------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED           .00         .00         .00         .00         .00
PRINCIPAL PAID               .00         .00         .00         .00         .00
INTEREST PAID                .00         .00         .00         .00         .00
TOTAL PAID                   .00         .00         .00         .00         .00
```

The Debtor's attorney, MELVIN J KAPLAN                , was allowed $   3500.00 and was paid $   2354.06 .

The Trustee received $    144.94 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/10/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE



                                    PAGE   2
          CASE NO. 08 B 02536 MARTHA RAMOS